IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Cr. No. 05-10032-02-T/An

RONNIE MULLEN,

    Defendant.

---

### ORDER ON ARRAIGNMENT

---

    This cause came to be heard on May 2, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

    NAME:             Dianne Smothers for Pat Brown, Asst. Federal Defender
    ADDRESS:

    TELEPHONE:

    The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

    All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

    The defendant, who is not in custody, may stand on his present bond.

                                                               S. THOMAS ANDERSON
                                                              United States Magistrate Judge

Charges:     sexual exploitation of children; possession of visual depictions of minors engaging in sexually explicit conduct shipped/transported in interstate commerce; aiding and abetting

Assistant U.S. Attorney assigned to case:  Grinalds

Rule 32 was not waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5/5/03



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT