# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                     )
        Plaintiff,        )       Cr. No.  05-10032-02-T
                     )
v.                    )
                     )
RONNIE L. MULLEN,       )
                     )
        Defendant.     )

## MOTION TO CONTINUE SENTENCING

COMES NOW, the United States of America, by and through Terrell L. Harris,  United States Attorney, and R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, and would request the  sentencing hearing for defendant Ronnie L. Mullen set for September 13,  2005, be continued until after the trial of the co-defendant in this case currently set for October 11, 2005.

The Government has conferred with Mr. J. Patten Brown, counsel for the defendant, and Mr. Brown has no objection to this request.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

R. LEIGH GRINALDS
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
(TN Bar # 9178)

**MOTION GRANTED**
DATE: 21 July 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

## CERTIFICATE OF SERVICE

I, R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee,

hereby certify that a copy of the foregoing has been mailed, first class postage prepaid to:

J. Patten Brown, III
Assistant Federal Defender
200 Jefferson, Suite 200
Memphis, Tennessee 38103

This_____19th_____ day of July 2005.

R. LEIGH GRINALDS
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT