UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-10032-T |
| RONNIE MULLEN, | * | |
| Defendant. | * | |

ORDER

IT IS HEREBY ORDERED THAT:

CONSIDERING THE Motion to Continue field by the Defendant, the Sentencing is continued and re-set for the 16th day of November, 2005 at 8:45 a.m./p.m.

THUS ORDERED THIS 8th day of November, 2005 at Memphis, Tennessee.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/9/05

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT