UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____eu____ D.C.

05 NOV 16 PM 4:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-10032-T |
| RONNIE MULLEN, | * | |
| Defendant. | * | |

ORDER

IT IS HEREBY ORDERED THAT:

CONSIDERING THE Motion to Continue field by the Defendant, the Sentencing is continued and re-set for the 30th day of November, 2006 at 8:45 a.m./~~p.m.~~

THUS ORDERED THIS 15 day of November, 2005 at Memphis, Tennessee.

_James D. Todd_
UNITED STATES DISTRICT COURT JUDGE

4

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/17/05

TOTAL P.05

74

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT